IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -9 PM 2:40

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

  Plaintiff,

vs.                                         Cr. No. 04-20471-D

MARIA BURKS,

  Defendant.

---

ORDER GRANTING MOTION
TO MODIFY BOND CONDITIONS

---

THIS CAUSE came before the Court upon the petition of the defendant, Maria Burks, to modify a bond condition.

Ms. Burks has shown to the Court that her present health condition does not permit her to seek employment, and the Court having reviewed the record and the positions of the parties, hereby GRANTS the motion. Ms. Burks' bond condition requiring her to seek employment is hereby struck until such time as her health allows her to seek employment.

6-8-2005
DATE

_____
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __6-14-05__

75

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 75 in case 2:04-CR-20471 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Robert Irby
4345 E. Mallory
Memphis, TN 38111

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT